LOUIS FRIEDFELD, Respondent, v. LOUIS H. SOLOMON, Appellant.

*Pleadings — summary judgment for plaintiff — action for money which defendant admits does not belong to him — defendant has had money for several years — if he contended it belonged to another he should have interpleaded that person.*

Appeal from an order of the Supreme Court, made at the New York Special Term and entered in the New York county clerk's office on July 29, 1926, granting plaintiff's motion under rule 113 of the Rules of Civil Practice for summary judgment, and also from a judgment in favor of the plaintiff, entered in said clerk's office on July 30, 1926, pursuant to said order.

PER CURIAM. The defendant admits he is not entitled to the money sued for by plaintiff. He has offered several inconsistent excuses for not returning it. His failure to interplead the parties and to pay the money into court shows an absence of sincerity and an entire lack of merit in his position. Defendant should have returned this money several years ago, or interpleaded the trustee if he believed it belonged to the estate of the bankrupt. The judgment and order should, therefore, be affirmed, with costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ. Judgment and order affirmed, with costs.